NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1376

TODD FOX and JANET FOX,

Appellants,

v.

John E. Potter, POSTMASTER GENERAL,

Appellee.

David P. Hendel, Husch Blackwell Sanders LLP, of Washington, DC, argued for appellants.  Of counsel on the brief was Sarah M. Graves, Akerman Senterfitt LLP, of Vienna, Virginia.

David A. Harrington, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Appealed from:  United States Postal Service Board of Contract Appeals

Administrative Judge David I. Brochstein

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1376

TODD FOX and JANET FOX,

Appellants,

v.

John E. Potter, POSTMASTER GENERAL,

Appellee.

# Judgment

ON APPEAL from the        United States Postal Service Board of Contract Appeals

In CASE NO(S).        6159 and 6169.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON, and LINN, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    February 17, 2010          /s/ Jan Horbaly
                                    Jan Horbaly, Clerk